UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SHERLITA WILLIAMS & ROBERT RICKS**          **CIVIL ACTION**

**VERSUS**                                                    **NO. 07-8288**

**STATE FARM FIRE & CASUALTY COMPANY**        **SECTION "K"(2)**
**AND THE HORACE MANN COMPANIES**

## ORDER

Considering Plaintiff Sherlita Williams' Motion for Partial Dismissal (Rec. Doc. 12), accordingly,

**IT IS ORDERED** that the motion is **GRANTED.** All claims by Plaintiff Sherlita Williams in the above-captioned matter are dismissed as to all parties, with each party to bear its own costs. The claims of Plaintiff Robert Ricks are unaffected by this order.

New Orleans, Louisiana, this 17th day of July, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**